1 FAEGRE BAKER DANIELS LLP
TARIFA B. LADDON (SBN 240419)
2 1900 South Bundy Drive, Suite 620
Los Angeles, CA 90025
3 Telephone: (310) 500-2090
Facsimile: (310) 500-2091
4 tarifa.laddon@faegrebd.com

5 Attorney for Defendants Intex Recreation Corp.,
Intex Corp., and Intex Group
6
MITCHELL SILBERBERG & KNUPP LLP
7 DANIEL M. HAYES (SBN 240250)
GILBERT S. LEE (SBN 267247)
8 11377 W. Olympic Blvd.
Los Angeles, CA 90064
9 Telephone: (310) 312-2000
Facsimile: (310) 312-3100
10 dmh@msk.com
gsl@msk.com
11
12 Attorneys for Defendant Wal-Mart Stores, Inc.

13

14 UNITED STATES DISTRICT COURT

15 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETA MIRESCU, individually and, on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEX RECREATION CORP., a California corporation; INTEX MARKETING LTD., a British Virgin Islands limited company; INTEX CORP., a California corporation; INTEX GROUP, a California corporation; and WAL-MART STORES, INC., a Delaware corporation; and DOES 1-100,<br><br>    Defendants. | CASE NO. 2:16-CV-01682-ODW-JEM<br><br>Judge: Hon. Otis D. Wright<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [12]**<br><br>Complaint Served: February 11, 2016<br>Current Response Date: April 18, 2016<br>New Response Date: May 2, 2016 |

Mitchell
Silberberg &
Knupp LLP

7583650.1

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT

# ORDER

**TO ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE THAT having considered the Parties' Joint Stipulation to Extend Time to Respond to Initial Complaint, and for good cause shown, the Court hereby APPROVES the Joint Stipulation and ORDERS that the deadline for Defendants Intex Recreation Corp., Intex Corp., Intex Group, and Wal-Mart Stores, Inc. to respond to the complaint be extended 14 days, making the new deadline May 2, 2016.

IT IS SO ORDERED.

Dated:   April 12, 2016

_____
The Honorable Otis D. Wright
United States District Judge